UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALMA R. ACUNA,<br><br>    Plaintiff<br><br>v.<br><br>THE LAW OFFICE OF<br>MANDY L. SPAULDING<br><br>    Defendant | Civil Action No. |

**COMPLAINT**
**JURY DEMAND**

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA")

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and the events that give rise to this action occurred here.

**PARTIES**

3. Plaintiff, ALMA R. ACUNA, is an individual consumer residing in Boston, Suffolk County in the Commonwealth of Massachusetts.

4. Defendant, THE LAW OFFICE OF MANDY L. SPAULDING, is believed to be a Massachusetts Corporation engaged in the practice of law, and has its principal place of business in North Attleboro, Massachusetts.

5. Defendant regularly uses the mail and telephone in a business for which the principal purpose is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Plaintiff incorporates paragraphs 1 through 8.

10. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

11. In or around April 2011, Defendant called the Plaintiff's place of employment in an attempt to collect on an alleged credit card debt.

12. At that time, Plaintiff told Defendant not to contact her at her place of employment again.

13. On or about April 28, 2011, Defendant sent a letter to Plaintiff stating that her office was retained by her client, a successor in interest and legal title holder of a debt originally owed to HSBC Credit Card Company in the amount of $1,298.65.

14. On or about May 13, 2011, Plaintiff allegedly attempted to make a payment to Defendant in the amount of $100.00 by using her credit card, which was declined by the credit card company.

15.     On or about May 17, 2011, Defendant sent a letter to Plaintiff demanding that payment in the sum of $120.00, an amount which allegedly represented the $100.00 previously declined and $20.00 for fee incurred by Defendant.

16.     In said letter of May 17, 2011, Defendant demanded that Plaintiff forward payment of $120.00 within forty eight (48) hours of said date, and the balance in full within fourteen (14) days or a lawsuit would be filed against the Plaintiff in the Boston Municipal Court.

17.     Under the threat of litigation from the May 17, 2011, letter, Plaintiff was induced to make payment to Defendant in the amount of $100.00.

18.     A true and accurate copy of the May 17, 2011, letter is attached hereto as Exhibit A.

19.     As of the date of the filing of the instant action, Defendant has not filed a lawsuit against Plaintiff in the Boston Municipal Court.

## COUNT I
### CREATION OF A FALSE SENSE OF URGENCY

19.     Plaintiff incorporates Paragraphs 1 through 18.

20.     Defendant's threat to commence litigation against Plaintiff within fourteen (14) days if payment in full was not received created a false sense of urgency in violation of 15 U.S.C. §1692e.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Statutory Damages;

    b.     Attorney's fees, litigation expenses and costs of the instant suit;

    c.     Such other or further relief as the Court deems proper

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this _23_ day of July, 2011.

                          CHRISTIAN A. GONSALVES, ESQ.
                          Attorney for Plaintiff
                          Post Office Box 110
                          East Boston, MA 02128
                          Telephone: 617-970-1301
                          Facsimile: 617-207-4349
                          Email: gonsalveslaw@gmail.com

                          By: /s/ Christian A. Gonsalves
                              Christian A. Gonsalves, BBO# 648326